1 | PHILIP G. ALLINGHAM (SBN: 252475)
ALLINGHAM & CUERVA, LLP
2 | 4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
3 | Telephone: (415) 508-4500
Facsimile: (415) 684-7289
4 | philip@allinghamcuerva.com

5 | Attorneys For Defendant
LUCY A. COYLE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:11-CV-06491-SLM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE DEFAULT JUDGMENT AND LEAVE TO FILE RESPONSIVE PLEADING |
| v. | |
| LUCY A. COYLE, | Complaint Filed: Dec. 20, 2011 |
| Defendants. | |

### RECITALS AND STIPULATION

WHEREAS, on December 20, 2011 Plaintiff filed a Complaint for Collection of a Student Loan; and

WHEREAS, in or around March 15, 2012 Defendant hired the firm of Allingham & Cuerva, LLP to represent her in the above referenced action; and

WHEREAS, on or about April 2, 2012, Plaintiff took a default judgment against Defendant, and,

WHEREAS, based on the foregoing facts:

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED PARTIES OR COUNSEL FOR THE PARTIES HERETO the parties hereby respectfully ask the court to:

1) Set aside and vacate the default judgment of April 2, 2012, and

Stipulation and [PROPOSED] Order to
Vacate Default Judgment and Leave to File
Responsive Pleading - 3:11-CV-06491-SLM

Page 1 of 3

2) extend the time for Defendant to file a responsive pleading to April 13, 2012.

Dated: 4/4/2012

ALLINGHAM & CUERVA, LLP

By: _____
PHILIP G. ALLINGHAM

Attorneys for Defendant
LUCY A. COYLE

Dated: 4-4-12

Law Offices of Michael Cosentino

By: _____
MICHEAL COSENTINO

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Stipulation and [PROPOSED] Order to
Vacate Default Judgment and Leave to File
Responsive Pleading - 3:11-CV-06491-SLM

Page 2 of 3

[PROPOSED] ORDER

For GOOD CAUSE APPEARING, the court hereby orders:

1) that the default judgment of April 2, 2012 is set aside and vacated, and

2) the time for Defendant to file a responsive pleading is extended to April 13, 2012.

SO ORDERED,

Dated: 4·13·12

*Jacqueline Scott Corley*

UNITED STATES MAGISTRATE JUDGE

Stipulation and [PROPOSED] Order to
Vacate Default Judgment and Leave to File
Responsive Pleading - 3:11-CV-06491-SLM

Page 3 of 3